**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| In re JACK DAVID CARTER, JR., ) | Case No. 05-60054-7 |
| Debtor. ) | |
| JACK DAVID CARTER, JR. ) | Adversary Proc. No. 05-06049A |
| Plaintiff, ) | |
| v. ) | |
| MBNA AMERICA BANK, N.A., ) | |
| Defendant, ) | |

**ORDER**

For the reasons stated in the accompanying memorandum, the motion by Jack David Carter for default judgment is granted in part and denied in part. Judgment shall be entered avoiding the judgment lien of MBNA America Bank, N.A., but only to the extent of $3,624.00.

So ORDERED.

Upon entry of this Order the Clerk shall forward a copy to Lewis E. Goodman, Jr., Esq., attorney for the plaintiff, the defendant, and the chapter 7 trustee.

Entered on this  27th  day of December, 2005.

William E. Anderson
United States Bankruptcy Judge